UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

KAREEM DAVIS,

                              Plaintiff,                CERTIFICATE OF SERVICE
                                                                       16 CV 2764 (FB)(RML)

                -against-

THE CITY OF NEW YORK, Police Officer JAMES
CONAGHAN, Police Officer COLIN SPARKS,
Police Officer ROBERT PATTERSON, and
Detective JOHN ACONI, employees of the New
York City Police Department,

                              Defendants.

------------------------------------------------------------------X

STATE OF NEW YORK    )
                             :SS.:
COUNTY OF KINGS     )

        MATTHEW FLAMM declares the following under penalty of perjury pursuant to 28 U.S.C. §1746:

        On August 24, 2016, I served the SUMMONS and COMPLAINT upon Zachary Carter, Corporation Counsel of the City of New York, attorney for Defendant City of New York, at the New York City Law Department, 100 Church Street, New York, New York, that being the address within the State theretofore designated for that purpose, by personally delivering a copy thereto as evidenced by the date/time stamp appearing on the annexed copy of the Summons and first page of the Complaint.

                                                                           _____
                                                                               Matthew Flamm

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| KAREEM DAVIS <br><br> *Plaintiff(s)* <br> v. <br> THE CITY OF NEW YORK, Police Officer JAMES CONAGHAN, Police Officer COLIN SPARKS, Police Officer ROBERT PATTERSON, and Detective JOHN ACONI, amployees of the City of New York <br><br> *Defendant(s)* | Civil Action No. 16-cv-2754 FB-RML |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CITY OF NEW YORK, 100 Church Street, New York, New York 10007
JAMES CONAGHAN, COLIN SPARKS, ROBERT PATTERSON, JOHN ACONI, New York City Police Department, 107th Precinct, 71-01 Parsons Boulevard, Queens, New York 11365

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Law Office of Matthew Flamm, 26 Court Street, Suite 2208, Brooklyn, New York 11242

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 6/1/2016

s/Kimberly Davis

*Signature of Clerk or Deputy Clerk*

Case 1:16-cv-02754-FB-RML   Document 1   Filed 05/31/16   Page 1 of 12 PageID #: 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

KAREEM DAVIS,

                       Plaintiff,                     COMPLAINT
                                                    16 CV 2764

            -against-

THE CITY OF NEW YORK, Police Officer JAMES
CONAGHAN, Police Officer COLIN SPARKS,
Police Officer ROBERT PATTERSON, and
Detective JOHN ACONI, employees of the New
York City Police Department,

                     Defendants.              **Jury Trial Demanded**

-------------------------------------------------------------------X

        KAREEM DAVIS, by his attorney, The Law Office of Matthew Flamm, alleges the following upon information and belief as his Complaint.

### Nature of the Action

        1.    This civil rights action arises from the July 25, 2012 unlawful stop, arrest, and resulting imprisonment and prosecution of Kareem Davis by New York City Police Officers. Mr. Davis was imprisoned from July 25, 2012 until his release following his March 2, 2016 acquittal on the false charge of criminal possession of a weapon. This action arises under the United States Constitution's Fourth, Fifth, Sixth, and Fourteenth Amendments and New York State common law. Plaintiff seeks compensatory and punitive damages for violation of his civil rights under 42 U.S.C. §1983.

### Jurisdiction

        2.    This action arises under the United States Constitution and 42 U.S.C. §1983. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §1331 and §1343(3). Plaintiff asserts jurisdiction over the City of New York under