Form 5 - SUITABLE WITH MAILING                                    Jehan     

**RUBERT & GROSS**    Jaimy Khoury
U S DISTRICT COURT EASTERN DISTRICT STATE OF NEW YORK

KAREEM DAVIS                                          index No. **16-cv-2754 FB-RML**
                                          PLAINTIFF   Date Filed
                    - vs -                            Office No.
THE CITY OF NEW YORK, ETAL                            Court Date.
                                          DEFENDANT

STATE OF NEW YORK, COUNTY OF NEW YORK      :SS:

**TOBIAS B. STALLWORTH** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **27TH** day of **AUGUST, 2016 4:55PM** at
  **C/O QUEENS GANG SQUAD, 242-20 NORTH CONDUIT AVENUE
  ROSEDALE NY 11422**
I served the **SUMMONS AND COMPLAINT**
upon **POLICE OFFICER JAMES CONAGHAN**
**the DEFENDANT** therein named by delivering and leaving a true copy or copies of the aforementioned documents with **P.O. (JOHN) GILMARTIN (WHO REFUSED FULL NAME), CO-WORKER** a person of suitable age and discretion.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
SEX: **MALE**    COLOR: **WHITE** HAIR: **RED**
APP.AGE: **30** APP. HT: **5'9** APP. WT: **180**
OTHER IDENTIFYING FEATURES

On **08/29/2016** I deposited in the United States mail another true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT** at the above address. That being
**the place of business of the DEFENDANT.**

Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

COMMENTS:

Sworn to before me this
29TH day of AUGUST, 2016

LILIETH BANKS                              TOBIAS B. STALLWORTH DCA LIC #1279759
Notary Public, State of New York           inSync Litigation Support, LLC
No. 01-BA6190517                           75 MAIDEN LANE 11TH FLOOR
Qualified in NEW YORK COUNTY               NEW YORK, NY 10038
Commission Expires 07/28/2020              Reference No: 9-RG-E-536697

2a