Form 5 - SUITABLE WITH MAILING                                      Jehan   

**RUBERT & GROSS**  Jaimy Khoury
U S DISTRICT COURT EASTERN DISTRICT STATE OF NEW YORK

KAREEM DAVIS

                                                     PLAINTIFF

- vs -

THE CITY OF NEW YORK, ETAL

                                                   DEFENDANT

index No. **16-cv-2754 FB-RML**
Date Filed
Office No.
Court Date.

STATE OF NEW YORK, COUNTY OF NEW YORK  :SS:

**SHAWN D. FORBES** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **29TH** day of **AUGUST, 2016** **11:04AM** at
    **C/O TRANSIT BUREAU VANDAL TASK FORCE, 2800 WEST 6TH STREET**
    **BROOKLYN NY 11224**
I served the **SUMMONS AND COMPLAINT**
upon **POLICE OFFICER ROBERT PATTERSON**
**the DEFENDANT** therein named by delivering and leaving a true copy or copies of the aforementioned documents with **P.O. ROBERT PATTERSON , CO-WORKER**
a person of suitable age and discretion.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
SEX: **MALE**  COLOR: **WHITE** HAIR: **BROWN**
APP.AGE: **35** APP. HT: **5'8** APP. WT: **180**
OTHER IDENTIFYING FEATURES

On **09/02/2016** I deposited in the United States mail another true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT** at the above address. That being
**the place of business of the DEFENDANT.**

Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

COMMENTS:

Sworn to before me this
02ND day of SEPTEMBER, 2016

CHRISTINE SISTO
Notary Public, State of New York
01-SI6285295
Qualified in KINGS COUNTY
Commission Expires 07/01/2017

SHAWN D. FORBES DCA LIC # 1002608
inSync Litigation Support, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 9-RG-E-536699

2a