Form 5 - SUITABLE WITH MAILING                                    Jehan        

**RUBERT & GROSS**   Jaimy Khoury
U S DISTRICT COURT EASTERN DISTRICT STATE OF NEW YORK

KAREEM DAVIS

                                                    PLAINTIFF        index No. **16-cv-2754 FB-RML**
                                                                     Date Filed
                          - vs -                                     Office No.
                                                                     Court Date.
THE CITY OF NEW YORK, ETAL
                                                    DEFENDANT

        STATE OF NEW YORK, COUNTY OF NEW YORK        :SS:

**TOBIAS B. STALLWORTH** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **27TH** day of **AUGUST, 2016 4:10PM** at
    C/O 105TH DETECTIVE SQUAD, 92-08 222ND STREET, 2ND FLOOR
    QUEENS VILLAGE NY 11428
I served the **SUMMONS AND COMPLAINT**
upon **POLICE OFFICER COLIN SPARKS**
the **DEFENDANT** therein named by delivering and leaving a true copy or copies of the aforementioned documents with **P.O. (JOHN) GEULIG (WHO REFUSED FULL NAME), CO-WORKER**
a person of suitable age and discretion.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
SEX: **MALE**   COLOR: **WHITE** HAIR: **BLACK**
APP.AGE: **25** APP. HT: **5'7** APP. WT: **170**
OTHER IDENTIFYING FEATURES

On **08/29/2016** I deposited in the United States mail another true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT** at the above address. That being
**the place of business of the DEFENDANT**.

Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

COMMENTS:

Sworn to before me this
29TH day of AUGUST, 2016


LILIETH BANKS                           TOBIAS B. STALLWORTH DCA LIC #1279759
Notary Public, State of New York        inSync Litigation Support, LLC
No. 01-BA6190517                        75 MAIDEN LANE 11TH FLOOR
Qualified in NEW YORK COUNTY            NEW YORK, NY 10038
Commission Expires 07/28/2020           Reference No: 9-RG-E-536698

2a