# INITIAL CONFERENCE QUESTIONNAIRE

CASE NAME: __Davis v. City of New York__    DOCKET NO.: __16CV2754__

1. Date for completion of automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, if not yet made: __February 9, 2017__

2. If additional interrogatories beyond the 25 permitted under Rule 33(a) of the Federal Rules of Civil Procedure are needed, the maximum number by:
plaintiff(s) __NA__ and defendant(s) __NA__

3. Maximum number of requests for admission by: plaintiff(s) __25__ and defendant(s) __25__

4. Number of depositions by plaintiff(s) of: parties __3__ non-parties __2__

5. Number of depositions by defendant(s) of: parties __1__ non-parties __3__

6. Time limits for depositions: __As per Fed.R.Civ.P.__

7. Date for completion of factual discovery: __7/26/2017__

8. Number of expert witnesses of plaintiff(s): ____ medical __2__ non-medical

    Date for expert report(s): __8/25/2017__

9. Number of expert witnesses of defendant(s): ____ medical ____ non-medical

    Date for expert report(s): __10/9/2017__

10. Date for completion of expert discovery: __11/3/2017__

11. Time for amendment of the pleadings by plaintiff(s) __3/3/2017__
or by defendant(s) ____

12. Number of proposed additional parties to be joined by plaintiff(s) __0__ and by defendant(s) __0__ and time for completion of joinder: __NA__

13. Types of contemplated dispositive motions: plaintiff(s): __SJ__
defendant(s): __SJ__

14. Dates for filing contemplated dispositive motions: plaintiff(s): __TBD__
defendant(s): __TBD__

15. Have counsel reached any agreements regarding electronic discovery? If so, please describe at the initial conference. __No.__

16. Will the parties *consent to trial before a magistrate judge pursuant to 28 U.S.C. §636? (Answer no if any party declines to consent without indicating which party has declined.)
    Yes ___  No  X 

17. This case should be ordered to arbitration at the close of discovery ___No___ (yes/no)

18. This case should be ordered to mediation (now or at a later date)  Yes   (yes/no)
    (Prior to the Initial Conference, counsel shall discuss with their clients and their adversaries whether arbitration or mediation is appropriate in this case and be prepared to explain their reasons to the court)

---

* The fillable consent form AO 85 may be found at https://www.nyed.uscourts.gov/forms/all-forms/general_forms and may be filed electronically upon completion prior to the initial conference, or brought to the initial conference and presented to the Court for processing.