UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

KAREEM DAVIS,

                                        Plaintiff,

                -against-                                          **NOTICE OF APPEARANCE**

The City of New York, Police Officer JAMES                        16 CV 2754 (FB)(RML)
CONAGHAN, Police Officer COLIN SPARKS, Police
Officer ROBERT PATTERSON, and Detective JOHN
ACCONI, employees of the New York City Police
Department,

                                        Defendants.

------------------------------------------------------------------------ x


        **PLEASE TAKE NOTICE** that **Lucienne Pierre**, Senior Counsel, hereby appears as

counsel of record on behalf of the Corporation Counsel of the City of New York, Zachary W.

Carter, attorney for defendant City of New York, Det. James Conaghan, Det. Colin Sparks, Det.

Robert Patterson and Det. John Acconi in this action, and requests that all papers and future

notifications in this action be served upon the undersigned at the address stated below and copied

to ecf@law.nyc.gov.


Dated:        New York, New York
              December 22, 2017

                                        ZACHARY W. CARTER
                                        Corporation Counsel of the City of New York
                                        *Attorney for Defendant City of New York, Det.*
                                        *James Conaghan, Det. Colin Sparks, Det. Robert*
                                        *Patterson, and Det. John Acconi*
                                        New York City Law Department
                                        100 Church Street
                                        New York, New York 10007


                                        _____/s/_____
                                        Lucienne Pierre

cc:      Matthew S. Flamm (via ECF)